UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| ARZ REALTY CAPITAL, LLC, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>GIBMO INTERNATIONAL, LLC, et al.,<br><br>Defendants. | Case No.  21-cv-03655-YGR<br><br>**CASE MANAGEMENT AND PRETRIAL ORDER** |
|---|---|

**TO ALL PARTIES AND COUNSEL OF RECORD:**

The Court hereby sets the following trial and pretrial dates:

## PRETRIAL SCHEDULE

| | |
|---|---|
| REFERRED TO ADR FOR MEDIATION TO BE COMPLETED BY: | January 18, 2022 |
| LAST DAY TO JOIN PARTIES OR AMEND PLEADINGS: | Only for good cause by Motions under FRCP Rule 16(b)(4) |
| NON-EXPERT DISCOVERY CUTOFF: | January 14, 2022 |
| DISCLOSURE OF EXPERT REPORTS:<br><br>ALL EXPERTS, RETAINED AND NON-RETAINED MUST PROVIDE WRITTEN REPORTS COMPLIANT WITH FRCP 26(A)(2)(B): | Opening: December 16, 2021<br>Rebuttal: January 14, 2022 |
| EXPERT DISCOVERY CUTOFF: | January 31, 2022 |
| DISPOSITIVE MOTIONS[1] / DAUBERT MOTIONS TO BE HEARD BY: | on 35 day notice; [filed February 15, 2022] |

---

[1] *See* Standing Order regarding Pre-filing Conference Requirements for motions for summary judgment.

The parties must comply with both the Court's Standing Order in Civil Cases and Standing Order for Pretrial Instructions in Civil Cases for additional deadlines and procedures. All Standing Orders are available on the Court's website at http://www.cand.uscourts.gov/ygrorders.

**IT IS SO ORDERED.**

Dated: September 20, 2021

_____
YVONNE GONZALEZ ROGERS
United States District Judge