# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ARZ REALTY CAPITAL, LLC, ET AL.,**<br>    Plaintiffs,<br>  **vs.**<br>**GIBMO INTERNATIONAL, LLC, ET AL.,**<br>    Defendants. | Case No. 4:21-CV-3655-YGR<br>**ORDER OF DISMISSAL UPON SETTLEMENT**<br>Re: Dkt. No. 31 |

The court-appointed mediator Carl Blumenstein has certified that the case has settled. (Dkt. No. 31.) Accordingly, it is **ORDERED** that this case is **DISMISSED**. It is further **ORDERED** that if any party certifies to this Court, with proper notice to opposing counsel within thirty (30) days from the date below, that settlement has not in fact occurred, this Order shall be vacated and this case shall be restored to the calendar for further proceedings.

This Order terminates the case.

**IT IS SO ORDERED.**

Dated: **January 20, 2022**

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**